IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES WILSON,

      Plaintiff,

v.                                       No. CV 15-0884 JB/LAM

LAURA BARNES, et al.,

      Defendants.

**ORDER GRANTING LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915(b)(1),
AND TO MAKE PAYMENTS OR SHOW CAUSE**

      **THIS MATTER** is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [*Doc. 2*], filed October 2, 2015.  Because the Court grants the application, the filing fee for this civil rights complaint is **$350.00.**  Based on the information about Plaintiff's financial status, the Court will waive an initial partial payment pursuant to § 1915(b)(1).   Plaintiff is required to pay the full amount of the filing fee pursuant to § 1915(b)(1). Failure to comply with this order may result in **dismissal of the complaint without further notice.**

      **IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [*Doc. 2*] is **GRANTED,** and the initial payment is **WAIVED.**

      **IT IS FURTHER ORDERED** that Plaintiff file monthly financial certificates and make monthly payments of twenty percent (20%) of the preceding month's income credited to his account or show cause why the payment should be excused; and the Court is directed to provide Plaintiff with two (2) copies of the post-filing financial certificate.

      **IT IS SO ORDERED.**

                                                                   _____
                                                                    **LOURDES A. MARTÍNEZ
                                                                    UNITED STATES MAGISTRATE JUDGE**